**Susan TABARES, Respondent/Employee,**

v.

**MARQUIS FLOORING SPECIALISTS, INC., Appellant/Employer,**

**Missouri Employers Mutual Insurance Company, Appellant/Insurer.**

**No. 74052.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 12, 1999.

Mark R. Kornblum, Michael J. O'Brien, Evans & Dixon, L.L.C., St. Louis, for Appellant.

Robert G. Kister, Dodson, Breeze, Kister, Roberts & Millan, Hillsboro, for Respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

### *ORDER*

PER CURIAM.

Defendant, Marquis Specialists, Inc. (Marquis) and Missouri Employers Mutual Insurance, appeal from the award of the Labor and Industrial Relations Commission affirming that Marquis is liable to Susan L. Tabares for her carpal tunnel syndrome. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.